## THOMAS PADFIELD

*v.*

## WILLIAM R. PADFIELD.

ADMISSIONS *in answer in chancery—how far conclusive.* Where the material allegations in a bill in chancery are admitted in the answer of the defendant, and the court decrees accordingly, the decree will not be reversed.

WRIT OF ERROR to the Circuit Court of St. Clair county; the Hon. JOSEPH GILLESPIE, Judge, presiding.

Mr. B. B. SMITH, for the plaintiff in error.

Messrs. KASE & WILDERMAN, for the defendant in error.

Mr. JUSTICE BREESE delivered the opinion of the Court:

This was a bill in chancery, to correct a mistake in a deed, in which all the material facts alleged in the bill are admitted in the sworn answer of the plaintiff in error, and the court decreed accordingly.

We do not perceive any grounds for reversing the decree, as none of the facts are controverted, and it must be affirmed.

*Decree affirmed.*